IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:02-cv-20-MJR |
| ) | |
| AL MARTIN, et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Request for Reimbursement submitted to chambers by the plaintiff's attorneys, Frank N. Gundlach and Deanna M. Wendler, on August 4, 2005. Attorneys Gundlach and Wendler were appointed to represent the plaintiff, Michael Lewis, prior to trial and at trial. They seek $5,393.39 from the Court's Fund to reimburse them for expenses including depositions, photocopies, travel, and witness fees. Pursuant to this District Court's Administrative Order #108(J), as amended on January 30, 1997, reimbursement for the costs of appointed attorneys is limited to $500.00. Therefore, as the costs submitted by the plaintiff's attorneys appear to be reasonable and not otherwise recoverable, the Clerk is **ORDERED** to pay to the plaintiff's attorneys the sum of $500.00 from the District Court Fund.

While this amount is not all that attorneys Gundlach and Wendler seek, the Court would be remiss in not thanking them for their zealous and exemplary representation of the plaintiff.

**DATED: August 17, 2005**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
